IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

PETROLEUM MARKETING GROUP, INC.,

    PLAINTIFF,

    V.                                     CIVIL ACTION NO.:    2:21-cv-04711

UNIVERSAL PROPERTY SERVICES, INC.,
MR3 LOGISTICS LLC, ORBIT FREIGHT LINES, LLC, and
SHAMIKH KAZMI,

    DEFENDANTS.

---

## AFFIDAVIT OF SERVICE UPON
## DEFENDANT MR3 LOGISTICS LLC

The undersigned, counsel for Plaintiff, Petroleum Marketing Group, Inc., hereby makes and files this Affidavit of Service on Defendant MR3 Logistics, LLC ("Defendant" or "MR3") and states, subject to the penalties of perjury under 28 U.S.C. § 1746 that the Summons and Complaint was served on Defendant on November 1, 2021, as follows:

- The undersigned caused the Summons and Complaint to be delivered by U.S. Postal Service, certified mail, return receipt requested addressed as follows: [Sheena Malhi] 307 Patsy Court, West Deptford, NJ 08066.  The documents were deposited in the mail on October 29, 2021. A copy of the U.S. Postal Form 70173380000084316878 is attached hereto as Ex. "1" (USPS tracking # 9590940224456249073974).

- The return receipt for said certified mail was returned to the undersigned, showing the documents were received by Defendant on November 1, 2021.  The return receipt card, as signed on behalf of Defendant, is attached hereto in Ex. "1."

DATED: November 10, 2021

    _/s/ Frederick P. Santarelli_
    FREDERICK P. SANTARELLI
    ELLIOTT GREENLEAF, P.C.
    UNION MEETING CORPORATE CENTER V
    925 Harvest Drive, Suite 300
    Blue Bell, PA 19422
    215-977-1000

    Counsel for Plaintiff,
    Petroleum Marketing Group, Inc.

## CERTIFICATE OF SERVICE

I, Frederick P. Santarelli, hereby certify that I caused a copy of the foregoing to be served

on the following individuals by first class mail:

MR3 Logistics, LLC
Attn: Sheena Malhi
307 Patsy Court
West Deptford, NJ 08066

Universal Property Services, Inc.
Attn: Syed Kazmi
6 Lenn Road
Allentown, NJ 08501

Orbit Freight Lines, LLC
Attn: Param S. Malhi
307 Patsy Court
West Deptford, NJ 08066

Shamikh Kazmi
6 Lenn Road
Allentown, NJ 08501

Dated:  November 10, 2021                    /s/ *Frederick P. Santarelli*
                                             Frederick P. Santarelli

**EXHIBIT #1**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Malhi_  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>MR3 Logistics, LLC<br>Attn: Sheena Malhi<br>307 Patsy Court<br>West Deptford, NJ 08066 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>C-19 |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 2445 6249 0739 74

3. Service Type
- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ ...Mail
- ☐ ...Mail Restricted Delivery ...0)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7017 3380 0000 8431 6878

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt