## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PETROLEUM MARKETING GROUP, INC.,

        **Plaintiff,**

    v.

UNIVERSAL PROPERTY SERVICES, INC., MR3 LOGISTICS LLC, ORBIT FREIGHT LINES, LLC, and SHAMIKH KAZMI,

        **Defendants.**

**CIVIL ACTION NO.: 21-4711**

## AFFIDAVIT OF AIMEE KUMER

I, Aimee L. Kumer, counsel for Plaintiff Petroleum Management Group, Inc., hereby state as follows:

1. In early December 2021, this office engaged a process server to attempt to serve Shamikh Kazmi and Universal Property Services, Inc. ("Universal"), through its registered agent Syed Kazmi, at the registered address for Universal, 6 Lenn Rd., Allentown, NJ.

2. I was informed by the process server that he made two attempts to serve Shamikh Kazmi and Universal at the Lenn Road address, but they were unsuccessful.

3. In an effort to identify other locations where Shamikh Kazmi and Universal could be served, this office conducted searches of property records in New Jersey, and identified three potential alternative addresses: 117 Petal Ln., Ewing, NJ 07638; 102 Honeysuckle Dr., Ewing, NJ 08638; 123 Honeysuckle Dr., Ewing, NJ 08638.

4.    The process server, after visiting the addresses, reported that two of the properties are rental properties, whose occupants indicated neither Shamikh nor Syed Kazmi was a resident; he reported that one of the properties was empty and appeared abandoned.

5.    This office thereafter engaged a private investigator, who attempted to find additional information that would enable us to locate and effectuate personal service on Universal and Shamikh Kazmi.

6.    The investigator located a photograph of Shamikh Kazmi on Facebook; employees of Petroleum Management Group, Inc., who had met with Shamikh Kazmi in person, confirmed that it was a photograph of him.

7.    On December 17, 2021, our office was contacted by Jordan Rand, Esq., of Klehr Harrison Harvey Branzburg LLP, who indicated that he had been contacted by Universal and Shamikh Kazmi to represent them in this matter. *See* Exhibit "A."

8.    Mr. Rand indicated that if he did enter his appearance in the matter, he would accept service on behalf of those defendants. *Id.*

9.    Mr. Rand requested that we take no further action until he let us know, later that day, whether he would be entering the case. *Id.*

10.    We did not receive further communications from Mr. Rand.

11.    On December 21 and 22, 2021, we sent emails to Mr. Rand but received no response. *Id.*

12.    This office thereafter directed our process server to resume service attempts on Shamikh Kazmi and Universal.

13.    The process server reported that on December 28, 2021, he made personal service on Universal by serving its registered agent, Syed Kazmi, at the Lenn Road address. *See* Exhibit

2

"B." The process server reported that he did not have the opportunity, during that interaction, to inquire regarding Shamikh Kazmi. *Id.*

14.    The process server reported that on January 5, 2022, he attempted to make personal service on Shamikh Kazmi at the Lenn Road address, but was unsuccessful. *See* Exhibit "B."

15.    We located a website for "Universal Group," that appeared to be related to Universal, as it has a similar name, describes its business as petroleum distribution and includes the name "Kazmi" in the listed phone number. *See* ugcbrands.com. The website lists an address of 1601 Market Street, Philadelphia.

16.    On January 10, 2022, at 8 AM, our investigator reported that he visited 1601 Market Street, but neither building security nor the WeWork offices located there were familiar with Universal, "Universal Group," or Shamikh Kazmi. *See* Exhibit "C."

17.    On January 15, 2022, the process server reported that he again made an attempt to make personal service on Shamikh Kazmi at the Lenn Road address. *See* Exhibit "B."

18.    During this service attempt, the process server reported that he saw Shamikh Kazmi drive in a car that the process server had repeatedly observed at the Lenn Road address, including on weekends, thereby corroborating that the Lenn Road address is his usual place of abode.

19.    On January 18, 2022, this office sent a copy of the summons and complaint to Shamikh Kazmi by certified mail, return receipt requested, and by regular mail.

20.    This office received the returned receipt from said certified mail on January 27, 2022, attached hereto as Exhibit "D," indicating that the mail had been delivered.

21.    The regular mail copy has not, to date, been returned to this office.

3

I declare under penalty of perjury under laws of the United States of America, 28 U.S.C. §

1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

AIMEE L. KUMER

Subscribed and sworn to before me,
this _1st_ day of _February_ , 2022.

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Kathleen Anne Croll, Notary Public
Montgomery County
My commission expires September 29, 2022
Commission number 1258285
Member, Pennsylvania Association of Notaries