# EXHIBIT "A"

**From:**        Aimee L. Kumer
**Sent:**        Wednesday, December 22, 2021 5:51 PM
**To:**          Rand, Jordan; Fred Santarelli
**Subject:**     Re: Petroleum Marketing Group, Inc. v Universal Property Services, Inc.

Hi Jordan, Having not heard anything further after your initial email of last week, we are resuming service efforts. Obviously, if you are going to enter the case and can accept, please just let us know.
Happy holidays,
Aimee

Aimee L. Kumer

> On Dec 21, 2021, at 3:39 PM, Aimee L. Kumer <alk@elliottgreenleaf.com> wrote:
>
> Hi Jordan, Can you let us know if you are entering the case and able to accept service? In response to your email we did direct our process server to hold off on service attempts for now, but we do not want to delay that process much longer. And yes, the defaults have been removed.
> Thanks,
> Aimee
>
> **Aimee L. Kumer**
> Elliott Greenleaf P.C.
> 925 Harvest Drive, Suite 300
> Blue Bell, PA 19422
> alk@elliottgreenleaf.com
> Main: 215-977-1000
> Direct: 215-977-1048
> Fax: 215-977-1099
>
> **From:** Rand, Jordan <JRand@klehr.com>
> **Sent:** Friday, December 17, 2021 8:25 AM
> **To:** Aimee L. Kumer <alk@elliottgreenleaf.com>; Fred Santarelli <fpsantarelli@elliottgreenleaf.com>
> **Subject:** Petroleum Marketing Group, Inc. v Universal Property Services, Inc.
>
> Aimee and Fred,
>
> I've been contacted by Defendants Universal Property Services, Inc. and Shamikh Kazmi to represent them in the above captioned matter. While preliminary conflicts have cleared, I am still waiting on the formal conflicts report. Assuming conflicts clear, I'll enter my appearance in the case and accept service on behalf of those defendants. I'll let you know definitively today.
>
> Please confirm that the requests for default have been withdrawn. I'd also ask that you take no further action until I let you know later today whether I will be entering the case.
>
> Thanks,

1

**JORDAN M. RAND**
PARTNER

 **KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street | Suite 1400 | Philadelphia, PA 19103
t 215.569.3024 | f 215.568.6603
jrand@klehr.com | LinkedIn | Twitter

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

2