# EXHIBIT "C"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PETROLEUM MARKETING GROUP, INC.,

        **Plaintiff,**

    v.

UNIVERSAL PROPERTY SERVICES, INC., MR3 LOGISTICS LLC, ORBIT FREIGHT LINES, LLC, and SHAMIKH KAZMI,

        **Defendants.**

CIVIL ACTION NO.: 21-4711

### DECLARATION OF LUKE BUSHNER

I, Luke Bushner hereby state as follows:

1. On __1/10/22__, at __8 a__.m., I visited 1601 Market Street, Philadelphia.

2. I spoke to building security, and inquired whether they had ever heard of Universal Property Services, Inc., Universal Group, Universal Properties, UGC, or Shamikh Kazmi. He had not.

3. I asked the security guard to call the manager of the "WeWork" space located in the building, to ask whether WeWork was aware of any companies or individuals of that name.

4. The WeWork manager stated that she was not aware of any company or individual with that name.

I declare under penalty of perjury under laws of the United States of America, 28 U.S.C. § 1746, that the foregoing is true and correct.

_____
LUKE BUSHNER