**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PETROLEUM MARKETING GROUP, INC.,<br> Plaintiff<br><br>  vs.<br><br>UNIVERSAL PROPERTY SERVICES, INC. et al.,<br><br>   Defendants. | Civil Action No.: 2:21-cv-04711-GLP |

**ANSWER AND AFFIRMATIVE DEFENSES**

Defendants MR3 Logistics, LLC ("**MR3**") and Orbit Freight Lines, LLC ("**Orbit**") (collectively, "**Defendants**") answer Petroleum Marketing Group, Inc.'s ("**PMG**") Complaint and assert Affirmative Defenses as follows:

**ANSWER**

*Parties*

1.    Admitted on information and belief.

2.    This allegation is directed to parties other than the Defendants.

3.    Admitted.

4.    Admitted.

5.    Admitted.

6.    This allegation is directed to parties other than the Defendants.

7.    This allegation is directed to parties other than the Defendants.

8.    This allegation is directed to parties other than the Defendants.

9.    This allegation is directed to parties other than the Defendants.

9881854.v1

*Jurisdiction and Venue*

10.    Admitted.

11.    Admitted.

*Responses to Factual Allegations*

12.    Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

13.    Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

14.    Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

15.    Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

16.    Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

17.    It is admitted only that Orbit hauled freight and was paid to do so by Universal Property Services, Inc. ("**UPS**").  The remaining allegations of this Paragraph are denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph and/or are denied as conclusions of law.

18.    It is admitted only that Orbit hauled freight and was paid to do so by UPS.  The remaining allegations of this Paragraph are denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph and/or are denied as conclusions of law.

9881854.v1

19.     It is admitted only that Orbit hauled freight and was paid to do so by UPS.  The remaining allegations of this Paragraph are denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph and/or are denied as conclusions of law.

20.     It is admitted only that Orbit hauled freight and was paid to do so by UPS.  The remaining allegations of this Paragraph are denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph and/or are denied as conclusions of law.

21.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

22.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

23.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

24.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

25.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

26.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

27.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

9881854.v1

28. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

29. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

30. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

31. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

32. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

33. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

34. It is admitted only that Orbit hauled freight and was paid to do so by UPS. The remaining allegations of this Paragraph are denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph and/or are denied as conclusions of law.

35. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

36. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

37. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

9881854.v1

38. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

39. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

40. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

41. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

42. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

43. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

44. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

45. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

46. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

47. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

48. Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

9881854.v1

49.    Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

50.    Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph and/or as a conclusion of law.

51.    Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

52.    Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

53.    Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

54.    Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

55.    Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

56.    Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

57.    Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

58.    Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

59.    Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph and/or as conclusions of law.

60.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph and/or as conclusions of law.

61.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph and/or as conclusions of law.

62.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

63.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

64.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

65.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

66.     It is admitted only that Orbit hauled freight and was paid to do so by UPS.  The remaining allegations of this Paragraph are denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph and/or are denied as conclusions of law.

67.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

68.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

69.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

70.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

71.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

72.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

73.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

74.     Denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

## RESPONSE TO COUNT I

75.     The foregoing paragraphs are incorporated by reference.

76.     Denied as a legal conclusion.  To the extent deemed factual, the allegations of this Paragraph are denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

77.     Denied as a legal conclusion.

78.     Denied as a legal conclusion.  To the extent deemed factual, the allegations of this Paragraph are denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph.

79.     Denied as a legal conclusion.  To the extent deemed factual, the allegations of this Paragraph are denied.

80.     Denied as a legal conclusion.  To the extent deemed factual, the allegations of this Paragraph are denied.

81.    Denied as a legal conclusion.

82.    It is admitted only that Orbit hauled freight and was paid to do so by UPS.  The remaining allegations of this Paragraph are denied as, after reasonable investigation, Defendants are without sufficient facts or information to admit or deny the allegations of this Paragraph and/or are denied as conclusions of law.

83.    Denied as a legal conclusion.

84.    Denied as a legal conclusion.

85.    Denied as a legal conclusion.

**WHEREFORE**, Defendants request judgment in their favor.

## RESPONSE TO COUNT II

86.    The foregoing paragraphs are incorporated by reference.

87.    No response is required because this Count is not directed to Defendants.

88.    No response is required because this Count is not directed to Defendants.

89.    No response is required because this Count is not directed to Defendants.

90.    No response is required because this Count is not directed to Defendants.

91.    No response is required because this Count is not directed to Defendants.

92.    No response is required because this Count is not directed to Defendants.

93.    No response is required because this Count is not directed to Defendants.

94.    No response is required because this Count is not directed to Defendants.

95.    No response is required because this Count is not directed to Defendants.

96.    No response is required because this Count is not directed to Defendants.

**WHEREFORE**, Defendants request judgment in their favor.

9881854.v1

## RESPONSE TO COUNT III

97.   The foregoing paragraphs are incorporated by reference.

98.   No response is required because this Count is not directed to Defendants.

99.   No response is required because this Count is not directed to Defendants.

100.   No response is required because this Count is not directed to Defendants.

101.   No response is required because this Count is not directed to Defendants.

102.   No response is required because this Count is not directed to Defendants.

103.   No response is required because this Count is not directed to Defendants.

104.   No response is required because this Count is not directed to Defendants.

**WHEREFORE**, Defendants request judgment in their favor.

## RESPONSE TO COUNT IV

105.   The foregoing paragraphs are incorporated by reference.

106.   No response is required because this Count is not directed to Defendants.

107.   No response is required because this Count is not directed to Defendants.

108.   No response is required because this Count is not directed to Defendants.

109.   No response is required because this Count is not directed to Defendants.

110.   No response is required because this Count is not directed to Defendants.

111.   No response is required because this Count is not directed to Defendants.

112.   No response is required because this Count is not directed to Defendants.

**WHEREFORE**, Defendants request judgment in their favor.

## RESPONSE TO COUNT IV

113.   The foregoing paragraphs are incorporated by reference.

114.   No response is required because this Count is not directed to Defendants.

9881854.v1

115.    No response is required because this Count is not directed to Defendants.

116.    No response is required because this Count is not directed to Defendants.

117.    No response is required because this Count is not directed to Defendants.

118.    No response is required because this Count is not directed to Defendants.

**WHEREFORE**, Defendants request judgment in their favor.

## RESPONSE TO COUNT VI

119.    The foregoing paragraphs are incorporated by reference.

120.    Denied as a legal conclusion.

121.    Denied as a legal conclusion.

122.    Denied as a legal conclusion.

**WHEREFORE**, Defendants demand judgment in their favor.

## AFFIRMATIVE DEFENSES

1.    PMH has failed to state a claim upon which relief may be granted.

2.    Defendants are not liable for the acts or omissions of UPS or Kazmi.

3.    Defendants MR3 Logistics, LLC and Orbit Freight Lines, LLC are not agents of UPS or Kazmi; they are hired contractors who haul freight.

4.    PMG's claims are barred by the doctrine of waiver.

5.    PMG's claims are barred by the doctrine of estoppel.

6.    PMG's claims are barred by the doctrine of accord and satisfaction.

7.    PMG's claims are barred by the doctrine of novation.

8.    PMG failed to mitigate its damages.

9.    PMG's claims are barred by the doctrine of release.

10.    PMG's claims are barred by the statute of frauds.

9881854.v1

11.     PMG's claims are barred by the doctrine of consent.

**WHEREFORE**, Defendants request judgment in their favor.

Respectfully submitted,

/s/ *Jordan Rand*
Jordan M. Rand, Esq.
**KLEHR HARRISON**
**HARVEY BRANZBURG LLP**
1835 Market Street, 14th Floor
Philadelphia, PA  19103
Telephone:  215-569-3024
jrand@klehr.com
*Attorneys for Defendants Orbit Freight Lines, LLC and MR3 Logistics, LLC*

Date: February 18, 2022

9881854.v1

## CERTIFICATE OF SERVICE

I, Jordan M. Rand, hereby certify that on February 18, 2022, the foregoing Answer and Affirmative Defenses was served on all counsel of record via electronic mail and was filed electronically.  The documents are available for viewing and downloading from the Court's ECF system.


/s/ Jordan M. Rand
Jordan M. Rand

Date: February 18, 2022

9881854.v1