**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| **PETROLEUM MARKETING GROUP, INC.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION NO.: 22-2410** |
| **UNIVERSAL PROPERTY SERVICES, INC., MR3 LOGISTICS LLC, ORBIT FREIGHT LINES, LLC, and SHAMIKH KAZMI,** | : | |
| | : | |
| | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER**

**AND NOW**, on this _____ day of _____, 2023, upon consideration

of Defendant Universal Property Services, Inc.'s Partial Motion for Summary Judgment and

Plaintiff's Opposition thereto, it is **HEREBY ORDERED** that the Motion is **DENIED**.

HON. GEORGETTE CASTNER
United States District Judge