**CERTIFICATE OF SERVICE**

I, Frederick P. Santarelli, hereby certify that on this day I caused a true and correct copy of

the foregoing to be served on all counsel of record via the Court's electronic filing system.


Date: March 6, 2023                         _/s/ Frederick P. Santarelli_
                                            FREDERICK P. SANTARELLI