# EXHIBIT "2"

| | |
|---|---|
| **From:** | Paul Dierdorff |
| **Sent:** | Tuesday, June 14, 2022 5:53 PM |
| **To:** | Evelyn Ventura |
| **Subject:** | FW: Contract |

Paul R. Dierdorff
Petroleum Marketing Group Inc.
Wholesale Sales
Phone #: 410-259-2409

**From:** Kazmi . [mailto:sk@upssites.com]
**Sent:** Monday, July 26, 2021 2:01 PM
**To:** Paul Dierdorff <pdierdorff@petromg.com>
**Cc:** Ismail Uzdil <iuzdil@petromg.com>
**Subject:** Re: Contract

Paul, can you please, send for our review of your proposed termination agreement of the existing contract. I will forward to my attorney and have her revert back asap.

Thanks

On Mon, Jul 26, 2021, 1:19 PM Paul Dierdorff <pdierdorff@petromg.com> wrote:

Shamikh,

Just so you are aware of what is going on, I have been informed by Gulf Oil that should an agreement not be reached today that they intend to cut off the fuel allocation until an agreement is reached. I'm sorry about this decision but it is out of my control. As for invoices retroactive to 07/16 they will be invoiced to PMG under the new economics and as a result we will invoice them to you under the new economics as well. Per our conversation I will forward your upcoming email to corporate for them to review.

Paul R. Dierdorff

Petroleum Marketing Group Inc.

Wholesale Sales

Phone #: 410-259-2409

PMG 001048