# EXHIBIT "4"

**From:**       Paul Dierdorff
**Sent:**       Tuesday, June 14, 2022 5:54 PM
**To:**         Evelyn Ventura
**Subject:**    FW: Gulf deal

Paul R. Dierdorff
Petroleum Marketing Group Inc.
Wholesale Sales
Phone #: 410-259-2409

---

**From:** Paul Dierdorff
**Sent:** Thursday, July 22, 2021 8:54 PM
**To:** Kazmi . <sk@upssites.com>
**Cc:** Ismail Uzdil <iuzdil@petromg.com>
**Subject:** Gulf deal

They are going to retroactively bill on the new deal effective on the 16th of July. We have not invoiced you for any loads from that date so far. Your thoughts please.

Paul R. Dierdorff
Petroleum Marketing Group Inc.
Wholesale Sales
Phone #: 410-259-2409

1

PMG 001058