# EXHIBIT "5"

| | | |
|---|---|---|
| | Tonight castor and Brigantine plz | |
| | Tomorrow | |
| | First load Frankford Ave 1000 super and rest regular | |
| | Then Island Ave next at 1500 super and regular rest in both tanks | |
| | Next 1360 Street rd Bensalem by 6am no later this is run out since 6pm today. 1000 super and rest regular | |
| | 7728 ridge Ave. Philadelphia PA | |
| | 1000 super and rest regular | |
| | Thorandale malhi saab will get reading | |
| | Willingboro 1500 super and rest regular | |
| | Brigantine again tomorrow 9pm. | |
| Me | One watch market for tm will decide where to later | 8/1/2021 18:37 |
| Abbas Ugc | Coatesville regular 7500 super 1000 tomorrow | 8/1/2021 20:07 |
| Me | Thorandale not needed. Take out thorandale. | 8/1/2021 20:09 |
| Param Malhi | Ok | 8/1/2021 20:27 |
| | Premium out please bring 2000 premium 6500 reg | |
| Me | Thanks | 8/1/2021 20:34 |
| Me | Plz send asap | 8/1/2021 20:35 |
| Me | Brigantine | 8/1/2021 20:35 |
| Me | Gas is good for maximum 3 hours | 8/1/2021 20:37 |
| Param Malhi | Ok | 8/1/2021 20:38 |
| Me | You deleted this message | 8/1/2021 23:01 |
| Param Malhi | Woodbury out of allocation | 8/2/2021 14:27 |
| Param Malhi | Main | 8/2/2021 14:28 |
| Me | Rack or main account? | 8/2/2021 14:28 |
| Param Malhi | Rack? Pls advise ASAP | 8/2/2021 14:28 |
| Me | Which loads you need? | 8/2/2021 14:28 |
| Param Malhi | Picking from rack? | 8/2/2021 14:28 |
| Param Malhi | Woodbury - Sodhi | 8/2/2021 14:29 |

UNIV001816

| | | |
|---|---|---|
| Me | 1 min | 8/2/2021 14:29 |
| Me | Pull from rack | 8/2/2021 14:30 |
| Param Malhi | Brigantine - readings??/ | 8/2/2021 19:12 |
| Me | 2 mins | 8/2/2021 19:40 |
| | Brigantine after midnight 1000 super and rest regular. | |
| | Tomorrow Pennsauken around 12 will confirm at 9am | |
| | College ave 1500 super and rest regular | |
| | 1840 ridge Ave. 2000 super and rest regular | |
| | 4708 w girard 1000 super and rest regular | |
| | 3200 redlion road. | |
| | 500 super and rest Regular | |
| | Coatesville | |
| | 1000 super and rest regular | |
| | First load | |
| | 4708 | |
| | Then 1840 | |
| | Then college ave | |
| | Then Coatesville | |
| Me | Then redlion | 8/2/2021 19:50 |
| Param Malhi | Brigantine readings pls. | 8/2/2021 20:09 |
| | College ave 1000 super and 3500 regular | |
| | 1840 1000 super and 3000 regular in both | |
| Me | regular tanks | 8/2/2021 20:15 |
| Abbas Ugc | Thorndale regular 6500 super 2000 tomorrow e | 8/2/2021 21:12 |
| Param Malhi | In main account | 8/3/2021 6:43 |
| Param Malhi | Woodbury no allocation | 8/3/2021 6:43 |
| Me | Use rack | 8/3/2021 8:18 |
| Param Malhi | 1000retained again from 1000/1000/6500reg fr | 8/3/2021 9:06 |
| Abbas Ugc | Ok | 8/3/2021 9:21 |
| Me | After midnight | 8/3/2021 10:29 |
| Me | Hold Pennsauken after 12 | 8/3/2021 10:29 |

10292502.v1

UNIV001817