# EXHIBIT "6"

## AR Transaction Report - 6609

Includes All Days
Grouped By Customer Type; Sorted By Customer Class

PMG
Page: 1

| Report Settings | |
|---|---|
| **Report Type** By Date Range | **Print only transactions with balance** Yes |
| **Based On** Reference Date | **Disputed charges only** No |
| **Charges in summary** Yes | **Applied payments with charges** No |
| **Transaction codes to include** All Transaction codes | **Source Type** All |
| | **Customers to include** 6609 - NC - Universal Property |

| Ref Date | Ref Number | Due Date | Location | Site | Transaction Code | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Customer Type: Legal** | | | | | | | |
| **Customer Class: Fuel Billing Group** | | | | | | | |
| 8/13/2021 | EFTRET 081221 | 8/13/2021 | | 6609 | EFT RETURN | 330,782.93 | 330,782.93 |
| 8/17/2021 | EFTRET 081321 | 8/17/2021 | | 6609 | EFT RETURN | 59,137.39 | 59,137.39 |
| 8/18/2021 | EFTRET 08172 | 8/18/2021 | | 6609 | EFT RETURN | 100.00 | 100.00 |
| 8/19/2021 | EFTRET 081821 | 8/19/2021 | | 6609 | EFT RETURN | 667,516.86 | 667,516.86 |
| 8/20/2021 | Wire 082021 NSF For 8/12 &8/13 | 8/20/2021 | | 6609 | Wire | 389,920.32- | 389,920.32- |
| 8/23/2021 | 2108-401052C | 8/17/2021 | 1 | 6609 | Customer Charge | 100.00- | 100.00- |
| 8/23/2021 | 2108-402847C | 8/19/2021 | 1 | 6609 | Customer Charge | 100.00- | 100.00- |
| 8/23/2021 | 2108-406317 | 8/24/2021 | 1 | 6609 | Customer Charge | 100.00 | 100.00 |
| 8/24/2021 | EFTRET 082321 | 8/24/2021 | | 6609 | EFT RETURN | 100.00 | 100.00 |
| 8/26/2021 | Wire 082621 NSF PMT | 8/26/2021 | | 6609 | Wire | 177,000.00- | 177,000.00- |
| 9/16/2021 | EFTRET 082021 | 9/16/2021 | | 6609 | EFT RETURN | 100.00 | 100.00 |
| **Fuel Billing Group Total** | | | | | | 490,716.86 | 490,716.86 * |
| **Legal Total** | | | | | | 490,716.86 | 490,716.86 ** |
| **Report Total** | | | | | | 490,716.86 | 490,716.86 *** |

Tue 06/14/2022 12:23p

ARTR    9.0.17

PMG 000031

*GULF OIL PORTAL WHICH SHOWS THE DAILY GALLONS PULLED OFF OUR CONTRACT ONLY*

## MTD Volume

**MTD Volume Date Range: 7/1/2021 - 7/31/2021**

| Facility | Terminal | Delivery Date | Product | Type | Gasoline Gallons | Distillate Gallons | Fuel Oil Gallons |
|---|---|---|---|---|---|---|---|
| | Westville NJ, SUN | 07/15/2021 | 87 RFG VOC E10 | GASOLINE | 19,299 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 3,900 | 0 | 0 |
| | | | **Terminal Total** | | 23,199 | 0 | 0 |
| | Woodbury NJ, Gulf | 07/01/2021 | 87 RFG VOC E10 | GASOLINE | 32,649 | 0 | 0 |
| | | | 89 RFG VOC E10 | GASOLINE | 1,000 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 9,001 | 0 | 0 |
| | | 07/02/2021 | 87 RFG VOC E10 | GASOLINE | 36,003 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 6,500 | 0 | 0 |
| | | 07/03/2021 | 87 RFG VOC E10 | GASOLINE | 25,002 | 0 | 0 |
| | | | 89 RFG VOC E10 | GASOLINE | 1,000 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 4,500 | 0 | 0 |
| | | 07/05/2021 | 87 RFG VOC E10 | GASOLINE | 36,496 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 6,000 | 0 | 0 |
| | | 07/06/2021 | 87 RFG VOC E10 | GASOLINE | 25,000 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 9,000 | 0 | 0 |
| | | 07/07/2021 | 87 RFG VOC E10 | GASOLINE | 21,501 | 0 | 0 |
| | | | 89 RFG VOC E10 | GASOLINE | 1,000 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 3,000 | 0 | 0 |
| | | 07/08/2021 | 87 RFG VOC E10 | GASOLINE | 34,727 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 7,701 | 0 | 0 |
| | | 07/09/2021 | 87 RFG VOC E10 | GASOLINE | 35,482 | 0 | 0 |
| | | | 89 RFG VOC E10 | GASOLINE | 995 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 6,000 | 0 | 0 |
| | | 07/10/2021 | 87 RFG VOC E10 | GASOLINE | 20,000 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 5,500 | 0 | 0 |
| | | 07/11/2021 | 87 RFG VOC E10 | GASOLINE | 25,362 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 140 | 0 | 0 |
| | | 07/12/2021 | 87 RFG VOC E10 | GASOLINE | 7,500 | 0 | 0 |
| | | 07/13/2021 | 87 RFG VOC E10 | GASOLINE | 45,903 | 0 | 0 |
| | | 07/14/2021 | 87 RFG VOC E10 | GASOLINE | 8,500 | 0 | 0 |

PMG 000032

## MTD Volume

| Facility | Terminal | Delivery Date | Product | Type | Gasoline Gallons | Distillate Gallons | Fuel Oil Gallons |
|---|---|---|---|---|---|---|---|
| | Woodbury NJ, Gulf | 07/15/2021 | 93 RFG VOC E10 | GASOLINE | 2,500 | 0 | 0 |
| | | 07/16/2021 | 87 RFG VOC E10 | GASOLINE | 34,500 | 0 | 0 |
| | | | 89 RFG VOC E10 | GASOLINE | 1,000 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 6,001 | 0 | 0 |
| | | 07/17/2021 | 87 RFG VOC E10 | GASOLINE | 36,453 | 0 | 0 |
| | | | 89 RFG VOC E10 | GASOLINE | 1,000 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 5,000 | 0 | 0 |
| | | 07/18/2021 | 87 RFG VOC E10 | GASOLINE | 37,504 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 5,002 | 0 | 0 |
| | | 07/19/2021 | 87 RFG VOC E10 | GASOLINE | 32,499 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 10,000 | 0 | 0 |
| | | 07/20/2021 | 87 RFG VOC E10 | GASOLINE | 41,302 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 8,001 | 0 | 0 |
| | | 07/21/2021 | 87 RFG VOC E10 | GASOLINE | 34,300 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 6,400 | 0 | 0 |
| | | 07/22/2021 | 87 RFG VOC E10 | GASOLINE | 13,499 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 3,500 | 0 | 0 |
| | | 07/23/2021 | 87 RFG VOC E10 | GASOLINE | 19,501 | 0 | 0 |
| | | | 89 RFG VOC E10 | GASOLINE | 1,001 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 5,000 | 0 | 0 |
| | | 07/24/2021 | 87 RFG VOC E10 | GASOLINE | 17,700 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 2,500 | 0 | 0 |
| | | 07/25/2021 | 87 RFG VOC E10 | GASOLINE | 14,400 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 2,600 | 0 | 0 |
| | | 07/26/2021 | 87 RFG VOC E10 | GASOLINE | 15,000 | 0 | 0 |
| | | | 93 RFG VOC E10 | GASOLINE | 2,000 | 0 | 0 |
| | | | **Terminal Total** | | **773,625** | **0** | **0** |
| | | | **Month to Date Totals** | | **796,824** | **0** | **0** |

PMG 000033

## AR Transaction Report -6609

Includes All Days
Grouped By Customer Type; Sorted By Customer Class

**Report Settings**

| | |
|---|---|
| **Report Type** By Date Range | **Print only transactions with balance** Yes |
| **Based On** Reference Date | **Disputed charges only** No |
| **Charges in summary** Yes | **Applied payments with charges** No |
| **Transaction codes to include** All Transaction codes | **Source Type** All |
| | **Customers to include** 6609 - NC - Universal Property |

| Ref Date | Ref Number | Due Date | Location | Site | Transaction Code | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Customer Type: NonContract Customer** | | | | | | | |
| **Customer Class: Fuel Billing Group** | | | | | | | |
| 8/1/2021 | 2108-400398 | 8/4/2021 | 6662 | 6662 | Customer Charge | 24,949.31 | 24,949.31 |
| 8/1/2021 | 2108-400399 | 8/4/2021 | 6662 | 6662 | Customer Charge | 24,804.06 | 24,804.06 |
| 8/1/2021 | 2108-400400 | 8/4/2021 | 6662 | 6662 | Customer Charge | 13,714.30 | 13,714.30 |
| 8/2/2021 | 2108-400401 | 8/5/2021 | 6662 | 6662 | Customer Charge | 24,910.76 | 24,910.76 |
| 8/2/2021 | 2108-400402 | 8/5/2021 | 6662 | 6662 | Customer Charge | 24,885.05 | 24,885.05 |
| 8/3/2021 | 2108-400403 | 8/6/2021 | 6662 | 6662 | Customer Charge | 24,467.07 | 24,467.07 |
| 8/3/2021 | 2108-400404 | 8/6/2021 | 6662 | 6662 | Customer Charge | 21,563.18 | 21,563.18 |
| 8/4/2021 | 2108-400405 | 8/7/2021 | 6662 | 6662 | Customer Charge | 23,043.32 | 23,043.32 |
| 8/4/2021 | 2108-400406 | 8/7/2021 | 6662 | 6662 | Customer Charge | 24,404.56 | 24,404.56 |
| 8/4/2021 | 2108-400407 | 8/7/2021 | 6662 | 6662 | Customer Charge | 24,645.16 | 24,645.16 |
| 8/5/2021 | 2108-400408 | 8/8/2021 | 6662 | 6662 | Customer Charge | 24,364.56 | 24,364.56 |
| 8/5/2021 | 2108-400409 | 8/8/2021 | 6662 | 6662 | Customer Charge | 24,556.56 | 24,556.56 |
| 8/5/2021 | 2108-400410 | 8/8/2021 | 6662 | 6662 | Customer Charge | 24,220.64 | 24,220.64 |
| 8/6/2021 | 2108-400411 | 8/9/2021 | 6662 | 6662 | Customer Charge | 24,139.37 | 24,139.37 |
| 8/6/2021 | 2108-400412 | 8/9/2021 | 6662 | 6662 | Customer Charge | 24,722.41 | 24,722.41 |
| 8/6/2021 | 2108-400413 | 8/9/2021 | 6662 | 6662 | Customer Charge | 24,506.75 | 24,506.75 |
| 8/7/2021 | 2108-400414 | 8/10/2021 | 6662 | 6662 | Customer Charge | 21,578.33 | 21,578.33 |
| 8/7/2021 | 2108-400415 | 8/10/2021 | 6662 | 6662 | Customer Charge | 24,249.81 | 24,249.81 |
| 8/7/2021 | 2108-400416 | 8/10/2021 | 6662 | 6662 | Customer Charge | 24,519.64 | 24,519.64 |

PMG 000034

## *AR Transaction Report -6609*

Includes All Days
Grouped By Customer Type; Sorted By Customer Class

| Ref Date | Ref Number | Due Date | Location | Site | Transaction Code | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 8/7/2021 | 2108-400417 | 8/10/2021 | 6662 | 6662 | Customer Charge | 23,404.57 | 23,404.57 |
| 8/8/2021 | 2108-400395 | 8/11/2021 | 6662 | 6662 | Customer Charge | 24,071.81 | 24,071.81 |
| 8/9/2021 | 2108-400396 | 8/12/2021 | 6662 | 6662 | Customer Charge | 24,252.64 | 24,252.64 |
| 8/9/2021 | 2108-400397 | 8/12/2021 | 6615 | 6615 | Customer Charge | 25,038.29 | 25,038.29 |
| 8/10/2021 | 2108-400389 | 8/13/2021 | 6662 | 6662 | Customer Charge | 33,019.27 | 33,019.27 |
| 8/10/2021 | 2108-400390 | 8/13/2021 | 6662 | 6662 | Customer Charge | 4,319.53 | 4,319.53 |
| 8/10/2021 | 2108-400391 | 8/13/2021 | 6654 | 6654 | Customer Charge | 24,880.15 | 24,880.15 |
| 8/10/2021 | 2108-400392 | 8/13/2021 | 6662 | 6662 | Customer Charge | 24,201.82 | 24,201.82 |
| 8/10/2021 | 2108-400393 | 8/13/2021 | 6662 | 6662 | Customer Charge | 11,515.89 | 11,515.89 |
| 8/10/2021 | 2108-400394 | 8/13/2021 | 6662 | 6662 | Customer Charge | 24,468.05 | 24,468.05 |
| 8/13/2021 | EFTRET 081221 | 8/13/2021 | | 6609 | EFT RETURN | 330,782.93 | 330,782.93 |
| 8/17/2021 | EFTRET 081321 | 8/17/2021 | | 6609 | EFT RETURN | 59,137.39 | 59,137.39 |
| **Fuel Billing Group Total** | | | | | | 1,057,337.18 | 1,057,337.18 * |
| **NonContract Customer Total** | | | | | | 1,057,337.18 | 1,057,337.18 ** |
| **Report Total** | | | | | | 1,057,337.18 | 1,057,337.18 *** |

ARTR    8.5.18

PMG 000035

FlAG SIAD Sied

## Paul Dierdorff

MR-3

**From:** Dawn Lee
**Sent:** Thursday, January 28, 2021 4:12 PM
**To:** Paul Dierdorff
**Subject:** Universal Property Services site numbers and addresses

✱ indicates the site is in the delivery system

HP Petroleum
GRD Petroleum
RP
GRD

**Main Office:**

Universal Property Services-6 Lenn Road, Allentown NJ 08501

**Delivery locations:**

✱ 6609 - 813 N Broad St, Philadelphia, PA 19123
✱ 6610- 1360 Street Rd, Bensalem PA 19020
✱ 6611- 10960 Bustleton Ave, Philadelphia PA 19116
✱ 6612- 1601 Princeton Ave, Lawrenceville NJ 08648
✱ 6615 - 8797 Frankford Ave Philadelphia PA 19136 —
✱ 6616 - 3101 N Broad St Philadelphia PA   —
✱ 6617 - 6201 N Broad St Philadelphia PA   —
✱ 6618 - 601 West Girard Ave, Philadelphia PA 19123 —
✱ 6650 - 2300 Ridge Ave., Philadelphia PA 19121
✱ 6651 - 4708 West Gerard Ave., Philadelphia PA 19131
✱ 6652 - 111 E Lincoln Hwy., Pendell PA 19047
✱ 6653 - 5643 Ridge Ave, Philadelphia PA 19128
✱ 6654 - 2200 Island Ave., Philadelphia PA 19142
✱ 6655 - 12087 Knights Road, Philadelphia PA 19154
✱ 6656 - 300 East Erie Ave., Philadelphia PA 19134

6657- 1406 CHAMBERS ST TRENTON NS 08610 (HAMILTON)
6658 - 999 E LINCOLN HWY COATSVILLE PA 19320
6659 - 3611 RIVER Rd Pennsukon NJ 08110
✱ 6660 - 3619 LINCOLN HWY Thorndale PA 19372
6661 - 2330 ARAMINGO AVE Philly PA 19125
6662 - MR-3 CHERRY HILL NS 08034 NJ LOCATIONS
6663 - 579 S Broad ST TRENTON NS 08611
6664 - 33 LEVITT PRKW Willingboro NJ 08046
6665 - 110 CALHOUN ST TRENTON NJ 08618
6666 - 237 W. 8th ST SHIP BOTTOM NJ 08008
6667 - 1513 PRINCETON AVE EWING NJ 08638
6668 - 439 MAIN ST (RT9) WESTCREEK NS 08092
6669 - 2500 MT EPHRAIM AVE CAMDEN NJ 08104
6674 - 13001 LONG BEACH Blvd BEACH HAVEN NJ 08008
6675 - 7728 RIDGE Ave Philly PA 19128
✱ 6685 - 5657 CHANDT ST Philly PA 19139
6682 -1400 DRESH TOWN RD DRESHER PA 19025
6683 -1453 HANOVER ST POTTSTOWN PA 19465
✱ 6684 -4643 GERMANTOWN AVE Philly PA 19141
✱ 6689 - 6243 CHESTNUT ST Philly PA 19139
✱ 6693 - 1840 RIDGE AVE Philly PA 19121

6692 - 1155 READING Rd NARVON PA 17555
✱ 6694 - 7300 ROOSEVELT Av Philly PA 19152
6695 - 2672 BRISTOL PIKE BENSALEM PA 19020
6697 - 2044 W Allegheny Philly PA 19B
6698 930 W. College A Philly PA 1913

6889 - 3130 West HUNTING AVE Philly PA 19132
6870 - 6401 TORRESDALE AV Philly PA 19135
6871 - 3201 RIDGE PIKE EAGLEVILLE PA 19403
6691 - 2324 W BROAD ST Philly PA 19132

PMG 000036

## Paul Dierdorff

**From:** Management Account <mgmt@upssites.com>
**Sent:** Friday, January 22, 2021 7:57 PM
**To:** Paul Dierdorff
**Subject:** Re: FW: COI

**MR3 Logistics LLC**
1818 Old Cuthbert Road Unit# 300A
Cherry Hill, NJ 08034

Email: MR3Logistics@gmail.com

Contact: Param Malhi,   732-470-7845   *Param*

SCAC: MRHG

FEIN: 83-3612723

US DOT 3264274

---------------------------------------------------------------

*COI on 12/29/20 email*

Orbit Freight Lines LLC

307 Patsy Court

West Deptford NJ 08066-2034

Email: OrbitFLines@gmail.com

Contact: Param Malhi,   732-470-7845

SCAC: OFLB

FEIN: 46-4559273

US DOT:2471315

On Wed, Jan 20, 2021 at 12:55 PM Paul Dierdorff <                    > wrote:

1

PMG 000037



February 2, 2021

Dear Petroleum Marketing Group – Unbranded Index:

Please find the loading number(s) for the terminal(s) below that you requested.

**Terminal Name:**
GULF WOODBURY NJ
920 KINGS HIGHWAY
THOROFARE, NJ 08086

**Loading Number:**
19420033 / INDEX / PA
19420034 / INDEX / NJ

**Authorized Carriers:**
MR3 LOGISTICS
ORBIT FREIGHT LINES

If you have any questions, please contact your Marketing Manager or call me directly at (339) 933-7040.

Sincerely,

Sherri Sonia
Gulf Oil LP
80 William Street, Suite 400
Wellesley, MA 02482
Phone: 508-270-7040
Fax: 617-663-6399

PMG 000038