# EXHIBIT "7"

DocuSign Envelope ID: 758FC675-A30B-48E7-B468-5CE42812FD0E



**Life...** one mile at a time.™

January 29, 2021

Mr. Paul Dierdorff
Petroleum Marketing Group

Dear Paul ,

This letter will confirm the verbal agreement made January 29, 2021, between Paul Dierdorff of Petroleum Marketing group  (PMG) and Corey Mathieu of Gulf Oil Limited Partnership (Gulf), for Gulf to supply PMG with a total of 15,000,000 gross gallons (358,000 barrels) of Reformulated (RBOB) blended with 10% ethanol annually, lifted ratably daily, with a monthly 30 percent plus or 10 percent minus volume tolerance, over a twelve (12) month period.

**TERM:**        February 3rd, 2021 through February 3rd, 2022.  Either party may terminate this agreement, with or without cause, by providing written notice sixty (60) days prior to termination.

**PRODUCTS:**  Reformulated Ethanol Blended Gasoline- all grades

   **LOCATION/VOLUMES:**

   **FOB GULF Woodbury, NJ**
   <u>Gasoline Volumes</u>:
   288,461 gallons/week
   1,153,846 gallons/month
   15,000,000 gallons/year

**PRICING FORMULA:   Unbranded OPIS Low (calendar day midnight assessment)**
            -$.0210 (minus $.0210), better of OPIS cities: *Paulsboro, NJ and Philadelphia, PA*

Saturday and Sunday liftings will be priced off Friday's OPIS assessment. Daily pricing will run midnight to midnight.  Any applicable Local, State, and Federal Taxes or fees will be billed as separate line items.  Product will be invoiced on a ***Gross*** gallon basis.

**PAYMENT:**     Electric Funds Transfer.  Net 10-day terms from day of lifting, gross gallons

**PRICING OPTION:** PMG has the right to trigger daily NYMEX pricing options in increments of 1,000 barrels during actively traded NYMEX hours plus the agreed upon 10-day basis cost, gross gallons, incrementally throughout the delivery period.  If the option to convert the pricing formula is exercised, the fixed price and loading will be effective immediately.  The spot contract volumes will be subtracted from PMG's monthly commitments. There will be no re-billing due to carrier loading error.

PMG 001004

DocuSign Envelope ID: 758FC675-A30B-48E7-B468-5CE42812FD0E

Mr. Paul Dierdorff
01/12/21
Page 2/3

**RATABILITY:**  During the Term of this Agreement, PMG will buy and take delivery of and Gulf will sell and deliver each month the quantities as established.  Volume is contracted on a ratable basis and pricing is structured as such.

PMG will receive seven days allocation weekly Thursday to Wednesday of its daily ratable lifting quantity which is equal to the monthly volume divided by the number of days in the month.  PMG may lift no more than 150% of its daily allocation on any given day, or 130% of its weekly and monthly allocation.  Contract volumes may be increased during the course of the contract with mutual agreement by both parties.  PMG may lift in excess of contract volumes on a spot basis subject to product availability.  Product availability for additional spot volume must be confirmed prior to lift.

**AVAILABILITY:** If product is not available at any delivery point, Gulf will provide alternate supply for PMG within the same general market area at the contract price.  In the event the total area market is out of supply; Gulf will reimburse PMG for the most cost-effective incremental freight cost incurred by PMG in maintaining uninterrupted supply to its store locations, if any, until Gulf is able to provide alternate supply under this agreement. PMG may lift more than contract index volumes on a spot basis subject to product availability and acceptance by Gulf.  Product availability for additional spot contract index volume must be confirmed by Gulf prior to liftings.

**FORCE MAJEURE:**  If either party is rendered unable, wholly or in part, by *force majeure* to carry out or is delayed in carrying out its obligations under the agreement other than the obligation to make payments when due, that party must give the other party prompt written notice of the *force majeure* with reasonably full particulars concerning it, whereupon, the obligations of the parties, so far as they are affected by the *force majeure,* will be suspended during, but no longer than, the continuance of the *force majeure.*  The affected party must use all possible diligence to remove the *force majeure* as quickly as possible and must notify the other party promptly in writing when the *force majeure* event has terminated. In the event Gulf is unable to supply under this Force Majeure provision, PMG may attempt to obtain Product from a third party without being in breach of any of its obligations under this Agreement. All Product purchased from the third party pursuant to this Section shall be counted towards PMG's minimum volume obligation hereunder.

**CREDIT:** As of the inception of this supply agreement and after returned acceptable credit information, Gulf will extend adequate credit to PMG in an amount sufficient to support purchases of the maximum contract volumes under this agreement.

The pricing structure contained herein is based on current regulations, rates, and product specifications.  All deliveries made under the terms of this contract will be made in accordance with regulations and specifications in effect at time and place of delivery.  Accordingly, any price increase resulting from changes to current regulations, rates and/or specifications will be additional to the prices contained in this Contract Agreement.

If there is or is proposed a material change in the applicable federal renewable fuels standards (Renewal Fuel Standard II or any additional or successor program or law, referred to collectively herein as "RFS"), including but not limited to changes in the point of obligation, that GULF reasonably believes changes the commercial terms of this agreement, then the Parties agree to use commercial best efforts to renegotiate the terms of this Agreement that are impacted by the change or changes in the RFS.  GULF may initiate such negotiations at any time after changes in the then applicable RFS are proposed by a governing or regulatory authority with jurisdiction over RFS standards. If at any time during the period one hundred and eighty (180) calendar days prior to any published implementation do not or will not result in commercial terms similar to those intended under this Agreement as of the date hereof, then either party may upon five (5) calendar days' notice terminate this Agreement without any further responsibility or any liability to the other party hereunder.

80 William Street, Suite 400│Wellesley Hills, MA 02481
339-933-7200│www.gulfoil.com

PMG 001005

DocuSign Envelope ID: 758FC675-A30B-48E7-B468-5CE42812FD0E

Mr. Paul Dierdorff
January 12, 2021
Page 3/3

***The Gulf Oil Limited Partnership Terms and Conditions for Petroleum Products Sales*** dated July 28, 2011 are hereby incorporated into this agreement.

Any business or pricing information furnished by either party to the other pursuant to this agreement shall be considered strictly confidential.

Please indicate your acceptance of the terms of this Agreement by signing and returning it to me.  Gulf Oil LP appreciates your business and looks forward to a continued mutually beneficial business relationship.

Sincerely,

Corey Mathieu
Manager, Unbranded Marketing, Gulf Oil LP

**AGREED TO AS OF:**

**Petroleum Marketing Group**

By: *Ismail Uzdil*                         6/18/2021
*Ismail Uzdil*
*Petroleum Marketing Group*
*Director of Supply & Trading*

**GULF OIL LIMITED PARTNERSHIP**

By: *Corey Mathieu*                      6/24/2021
*Gulf Oil, L.P.*
*Unbranded Marketing Manager*

80 William Street, Suite 400 │ Wellesley Hills, MA 02481
339-933-7200 │ www.gulfoil.com

PMG 001006