UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PETROLEUM MARKETING GROUP,
INC.,

      Plaintiff,

          v.

UNIVERSAL PROPERTY SERVICES,
INC. *et al.*,

      Defendants.

Civil Action No. 22-2410 (RK) (RLS)

**ORDER & JUDGMENT**

**KIRSCH, District Judge**

**THIS MATTER** comes before the Court upon Plaintiff Petroleum Marketing Group, Inc.'s ("Plaintiff") Application/Petition on Damages and Application for Costs and Attorney's Fees. ("Pet.," ECF No. 157.) The Court has considered Plaintiff's Petition and accompanying submissions and resolves the matter without oral argument pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons set forth in the Court's Memorandum Opinion filed on this date, and for good cause shown,

      **IT IS** on this 18th day of February, 2026,

      **ORDERED** that Plaintiff's Petition (ECF No. 157) is **GRANTED IN PART**; and it is further

      **ORDERED** and **ADJUDGED** that judgment be, and hereby is, entered in favor of Plaintiff and against Defendants MR3 Logistics, LLC, Orbit Freight Lines, LLC, Universal Property Services, and Shamikh Kazmi in the amount of $390,516.86, jointly and severally. Defendants Universal Property Services and Shamikh Kazmi shall also be jointly and severally liable for

$40.517.46 in prejudgment interest. Defendants MR3 Logistics, LLC and Orbit Freight Lines shall be jointly and severally liable for $39,348.59 of that prejudgment interest. All Defendants shall also be liable for post-judgment interest at a rate of 3.43%, beginning from the entry of this Order and Judgment;

**ORDERED** that Plaintiff's application for reasonable attorney's fees and costs is **GRANTED**. Defendants shall be jointly and severally liable for the combined fees and costs amount of $223,562.72, plus post-judgment interest beginning from the entry of this Order and Judgment;

**ORDERED** that the Clerk shall close the Petition pending at ECF No. 157.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**

2