

A Professional Corporation

**FREDERICK P. SANTARELLI**
Direct Dial (215)977-1024
FPSantarelli@elliottgreenleaf.com

925 Harvest Drive - Suite 300
Blue Bell, Pennsylvania 19422
Phone: (215) 977-1000 • Fax: (215) 977-1099
www.elliottgreenleaf.com

June 30, 2026

***(Via: Electronic Filing)***
The Honorable Rukhsanah L. Singh
United States Magistrate Judge
402 E. State Street
Room 2020
Trenton, NJ 08608

> **Re:**  ***Petroleum Marketing Group, Inc. v. Universal Property Services, Inc. et al.***
> **Civil Action No.: 22-2410**

Dear Judge Singh:

Pursuant to Your Honor's June 15, 2026 "Text Order[,]" Plaintiff Petroleum Marketing Group, Inc. ("Plaintiff" or "PMG") submits this status report letter. The above-referenced action has been consolidated with Civil Action No. 23-22418.

**No. :22-2410.** On February 18, 2026, the Court entered an Order & Judgment against Defendants Universal Property Services, Inc., MR3 Logistics LLC, Orbit Freight Lines, LLC, and Shamikh Kazmi. (Doc. 159.) There having been no appeal, that judgment is final.

**No. :23-22418.** Plaintiff is preparing and will file a dispositive motion (in the nature of summary judgment). Plaintiff intends to file the motion as soon as practicable, and respectfully requests that the Court permit until Friday, July 31, 2026 to do so.

Respectfully submitted,

*/s/ Frederick P. Santarelli*
FREDERICK P. SANTARELLI
KYLE M. ELLIOTT
*Counsel for Plaintiff*
*Petroleum Marketing Group, Inc.*

FPS/las
cc:    Steve M. Kalebic, Esq. (*via electronic filing*)