**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **PETROLEUM MARKETING GROUP, INC., PLAINTIFF,** | **Civ. Act. No. 3:22-cv-2410-RK-RLS** |
| **v.** | ***Consolidated With*** |
| **SYED KAZMI, SHAMIKH KAZMI, UNIVERSAL PROPERTY SERVICES, INC., and UNIVERSAL GROUP COMPANY, INC. DEFENDANTS** | **Civ. Act. No. 3:23-cv-22418-RK-RLS** |

**PLAINTIFF PETROLEUM MARKETING GROUP, INC.'S**
**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Local Civil Rule 56.1, Plaintiff Petroleum Marketing Group, Inc. ("Plaintiff" or "PMG") moves for summary judgment to be entered in its favor on all of Plaintiff's claims (Counts I-IV). For the reasons set forth in Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment, as supported by the accompanying Exhibits, and Statement of Undisputed Material Facts, all of which are filed and submitted contemporaneously herewith and are incorporated herein by reference, this Court should grant summary judgment in favor of Plaintiff on all claims.

Respectfully submitted,

*/s/ Frederick P. Santarelli*

FREDERICK P. SANTARELLI (NJ 033291988)
KYLE M. ELLIOTT (NJ 033392009)
ELLIOTT GREENLEAF, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422

FPSantarelli@elliottgreenleaf.com
kme@elliottgreenleaf.com
(215) 977-1000 (phone)

Dated: August 20, 2026

***Counsel for Plaintiff Petroleum Marketing Group, Inc.***